plus

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | No. 03-10041-T-An |
| RONNIE D. DEAN, | ) | |
| Defendant. | ) | |

### ORDER DENYING DEFENDANT'S *PRO SE* MOTION TO SET DATE FOR RE-SENTENCING AND APPOINTMENT OF COUNSEL

Defendant has filed a motion, *pro se*, seeking a date for his re-sentencing and seeking the appointment of counsel. A date for Defendant's re-sentencing will be set by the court and does not require a motion. Likewise, counsel will be appointed for Defendant. Therefore, Defendant's motion is DENIED as unnecessary.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

18 July 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7/20/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 1:03-CR-10041 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Ronnie D. Dean
202 S. 10th St.
Obion, TN 38240

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT