IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 03-10041-T-An |
| ) | |
| RONNIE D. DEAN, ) | |
| ) | |
| Defendant. ) | |

ORDER DENYING DEFENDANT'S *PRO SE* MOTION
FOR CORRECTION OR RECONSIDERATION FOR REDUCTION OF SENTENCE

Defendant has filed another motion, *pro se*. Defendant has previously been instructed that, because he is represented by an attorney, he cannot file motions on his own behalf. See Order Denying Motion for Brady Material 10/20/04 (citing Green v. Dorrell, 969 F.2d 915 (10th Cir. 1992) (Represented party must have current counsel file motion to withdraw counsel.)) Therefore, Defendant's motion is DENIED.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

29 August 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8/31/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 1:03-CR-10041 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Ronnie D. Dean
19050-076
P.O. Box 34550
Memphis, TN 38184--055

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT