IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 03-10041-T-An |
| ) | |
| RONNIE D. DEAN, ) | |
| ) | |
| Defendant. ) | |

ORDER DENYING DEFENDANT'S *PRO SE* MOTION
FOR TRANSCRIPTS

Defendant has filed another motion, *pro se* [Docket # 81]. Defendant has previously been instructed that, because he is represented by an attorney, he cannot file motions on his own behalf. See Order Denying Motion for Brady Material 10/20/04 (citing Green v. Dorrell, 969 F.2d 915 (10th Cir. 1992) (Represented party must have current counsel file motion to withdraw counsel.))  Therefore, Defendant's motion is DENIED.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

9 September 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9/13/05

82

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 1:03-CR-10041 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Ronnie D. Dean
FCI-MEMPHIS
19050-076
P.O. Box 34550
Memphis, TN 38184--055

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT