# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,                )
                                          )
    Plaintiff,                            )
                                          )
VS.                                       )     No. 03-10041-T-An
                                          )
RONNIE D. DEAN,                           )
                                          )
    Defendant.                            )

---

## ORDER DENYING DEFENDANT'S *PRO SE* MOTION
## FOR TRANSCRIPTS

---

Once again, Defendant has filed a motion, *pro se.* See Docket #s 56, 64, 74, 81.

Defendant has been instructed many times that, because he is represented by an attorney, he

cannot file motions on his own behalf. See e.g., Order Denying M. for Brady Material

10/20/04 (citing Green v. Dorrell, 969 F.2d 915 (10th Cir. 1992) (Represented party must

have current counsel file motion.))  Thus, Defendant's motion is DENIED.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

6 October 2005

DATE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 85 in case 1:03-CR-10041 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Ronnie D. Dean
FCI-MEMPHIS
19050-076
P.O. Box 34550
Memphis, TN 38184--055

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT